**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RODERICK WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>SHEN JAY FERN, et al.,<br><br>Defendants. | Case No. 2:24-cv-03746-CBM-MAA<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file herein and the Report and Recommendation of United States Magistrate Judge. (ECF No. 30.)  The Court has also reviewed the Plaintiff's Objection to the Report and Recommendation, filed on January 12, 2026 ("Objection").  (ECF No. 33.)

As required by Federal Rule of Civil Procedure 72(b)(3), the Court has engaged in de novo review of the portions of the Report and Recommendation to which Plaintiff specifically has objected.  The Objection lacks merit for the reasons stated in the Report and Recommendation.  The Court finds no defect of law, fact, or logic in the Report and Recommendation.  The Court concurs with and accepts

///

///

the findings, conclusions, and recommendations of the United States Magistrate Judge, and overrules the Objections.

**IT THEREFORE IS ORDERED** that:

(1)   The Report and Recommendation of United States Magistrate Judge is **ACCEPTED**;

(2)   The First Amended Complaint ("FAC," ECF No. 21) is **DISMISSED with prejudice and without leave to amend**.

DATED: <u>May 15, 2026</u>

HONORABLE CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE