JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>SHEN JAY FERN, et al.,<br><br>Defendants. | Case No. 2:24-cv-03746-CBM-MAA<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge filed herewith,

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice.

DATED: May 15, 2026

_____

HONORABLE CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE